Separate appeals by the mother and the father from an order of fact-finding and disposition of the Family Court, Queens County (Marybeth S. Richroath, J.), dated June 1, 2016. The order of fact-finding and disposition, upon an order of that court dated September 24, 2015, granting the petitioner’s motion for summary judgment on the issue of whether the mother and the father severely abused the subject child, and after a dispositional hearing, terminated the parental rights of both parents and transferred custody and guardianship of the subject child to the petitioner and the Commissioner of the Administration for Children’s Services of the City of New York for the purpose of adoption.
 

 Ordered that the order of fact-finding and disposition is affirmed, without costs or disbursements.
 

 After finding that the mother and the father derivatively severely abused the subject child based upon the homicide of the child’s older sibling, the Family Court changed the permanency goal for the child to placement for adoption (see Matter of Angela N.L. [Ying L.], 153 AD3d 1408 [2017] [decided herewith]). Contrary to the contentions of the mother and the father, the court properly determined, after a dispositional hearing, that termination of their parental rights and freeing the child for adoption would be in the child’s best interests (see Social Services Law § 384-b [8] [f]; Matter of Shaquan D.M. [Shaquanna M.], 150 AD3d 1119, 1120 [2017]; Matter of Stephon B.M. [Barry J.M.], 149 AD3d 1080, 1081 [2017]; Matter of Vivienne Bobbi-Hadiya S. [Makena Asanta Malika McK.], 126 AD3d 545, 547 [2015]).
 

 The father’s remaining contention is without merit.
 

 Hall, J.P., Sgroi, Maltese and LaSalle, JJ., concur.